BRIAN S. KABATECK, SBN 152054
bsk@bklawyers.com
JOSHUA H. HAFFNER, SBN 188652
jhh@kbklawyers.com
PETER KLAUSNER, SBN 271902
pk@kbklawyers.com
**KABATECK BROWN KELLNER, LLP**
644 South Figueroa Street
Los Angeles, CA 90017
Phone: (213) 217-5000
Fax:    (213) 217-5010

Attorneys for Plaintiff

JAIKARAN SINGH (SBN 201355)
jsingh@mckennalong.com
**MCKENNA LONG & ALDRIDGE LLP**
600 West Broadway, Suite 2600
San Diego, CA 92101-3372

Telephone: 619.236.1414
Facsimile: 619.232.8311

Attorneys for Defendant
NWP Services Corporation, erroneously
sued as NWP Services Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JUNOD, an individual, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NWP SERVICES COMPANY, a California Corporation, and DOES 1 – 50,<br><br>Defendants. | Case No. 8:14-CV-01734 JLS (JCGx)<br><br>*[The Honorable Judge Josephine L. Staton, presiding]*<br><br>**JOINT STATEMENT RE: FAILURE TO TIMELY FILE JOINT RULE 26 (f) REPORT** |

1  In accordance with this Court's order, dated February 3, 2015, Plaintiff Michael Junod, ("Plaintiff"), and Defendant NWP Services Corporation ("Defendant") (collectively, "the Parties"), together submit this Joint Statement Regarding the Parties failure to timely file their Joint Report under Rule 26(f) of Federal Rules of Civil Procedure and this Court's Order Setting Scheduling Conference, dated December 10, 2014:

    1.  Plaintiff's counsel and Defendant's counsel deeply regret failing to timely file their Joint Report.

    2.  In accordance with Rule 26(f), Plaintiff's counsel and Defendant's counsel timely conducted their Rule 26(f) conference on Friday, January 23, 2015, wherein they discussed all matters to be included in their Rule 26(f) Joint Report, and those matters requested in this Court's Order Setting Scheduling Conference, dated December 10, 2014. There remained items on which the Parties could not agree, or on which they required additional information from their respective clients.

    3.  Over the course of the next week, counsel for both parties continued to meet and confer in good faith, in order to create a thorough and complete joint report, as well as a detailed discovery plan that takes into account the realities of this nationwide class action for case management..

    4.  Counsel for the Parties approached the Rule 26(f) conference and joint report with the intent of giving the Court specific and detailed information and dates regarding agreed-upon means of efficient case management, going forward.

    5.  However, as the meet and confer efforts continued, Plaintiff had not yet filed his Second Amended Complaint, which was not due to be filed until February 3, 2015.

    6.  Plaintiff timely filed his Second Amended Complaint on Friday, January 30, 2015, several days prior to the February 3, 2015 deadline for filing the amended complaint.

    7.  On Friday, January 30, 2015, counsel for the Parties met and conferred, and agreed that more time was needed to complete the Joint Rule 26(f) Report. With some difficulty reaching each other due to work schedules, the Parties continued to meet and confer over the

JOINT STATEMENT RE: FAILURE TO FILE
JOINT RULE(26)(F) REPORT

items in the Joint Report and the dates in the Proposed Schedule of Pretrial and Trial Dates, attached to the Court's scheduling order as Exhibit A until they reached agreement.

8. The Parties felt it was important to submit a complete, accurate and agreed upon joint report, based on their mutual knowledge of the allegations contained in Plaintiff's Second Amended Complaint, rather than submit an incomplete report. In retrospect, the Parties agree that they should have filed a status report of some type, alerting the Court with an update.

9. Further, the Parties believed that by submitting the joint report by February 3, 2015, the joint report would still be filed in sufficient time prior to the February 13, 2015 scheduling conference. Based on its order from February 3, 2015, the Court has vacated the February 13, 2015 scheduling conference and ordered the Joint Report to be filed by February 4, 2015, along with a completed Proposed Schedule of Pretrial and Trial Dates. The Parties have complied with the Court's February 3, 2015 order.

10. In the future, the Parties will strictly comply with all deadlines ordered by the Court. The Parties appreciate the Court's consideration of this joint statement.

Dated: February 4, 2015

KABATECK BROWN KELLNER, LLP

By _____
BRIAN S. KABATECK
JOSHUA H. HAFFNER
PETER KLAUSNER

*Attorneys for Plaintiff*

Dated: February 4, 2015

MCKENNA LONG & ALDRIDGE LLP

By _____
JAIKARAN SINGH

*Attorneys for Defendant*